

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED** EAA

MAY 20 2015
May 20 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

John Ashford

_(Enter above the full name of the plaintiff or plaintiffs in this action)_

vs.

John Doe

15cv4474
Case: Judge Matthew F. Kennelly
(To: Magistrate Judge Jeffrey T. Gilbert
PC6

_(Enter above the full name of ALL defendants in this action. **Do not use "et al."**)_

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: John Ashford

   B. List all aliases: _____

   C. Prisoner identification number: 20140905242

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: John Doe

   Title: N/A

   Place of Employment: N/A

   B. Defendant: _____

   Title: _____

   Place of Employment: _____

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you have filed in any state or federal court in the United States:

A. Name of case and docket number: 14 C 10468

B. Approximate date of filing lawsuit: 12-25-14

C. List all plaintiffs: John Ashford

D. List all defendants: John Doe, John Doe

E. Court in which the lawsuit was filed: Cook County

F. Name of judge to whom case was assigned: Judge Ruben Castillo

G. Basic claim made: Alleging violation of his rights based on false arrest and excessive use of force on arrest.

H. Disposition of this case: Case still pending

I. Approximate date of disposition: Still pending

IV. Statement of Claim:

On May 10th, 2014 at 3:00 a.m. I, along with several others, was invited to a friend's house at 3844 N. Nora Chicago, Illinois, 60634 by the home owner's son, Jordan Saunders. Once I arrived, Jordan guided me to his garage where multiple others were. One of the people Jordan invited tried to take Jordan's money from his pockets with aggression. I got in front of Jordan and told the individual to leave. Then I was attacked by one of the individual's friends. He was then joined in by 3 others who were also invited and I was jumped. While trying to defend myself, the first individual that attacked me started stabbing me. My fiancé, Makennzee Curran, screamed and rushed to me because I was bleeding through my sweater all down to the floor. Makennzee Curran along with other friends rushed me to the hospital and I was then transferred to Masonic Hospital. I woke up a day later and had gone through surgery. I was then interviewed by a detective and a States Attorney and had filed my complaint (police report). I stayed in the hospital for 10 days but then was able to go home and was instructed to rest.

V. Relief:

I would like for the court to press charges against the home owner of 3844 N. Nora Chicago, Illinois 60634 to envoke punitive damages and an amount of $5,000,000 for allowing a guest to get injured on his private property.

VI. The plaintiff demands that the case be tried by a jury. ☑

Certification

By signing this complaint, I certify that the facts stated in this complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sea sanctions by the court.

Signed this 13th day of May, 2015

_____
(Signature of Plaintiff)

John Ashford
(Print name)

20140905242
(I.D. Number)

P.O. Box: 089002
(Address)