

15cv4474
Judge Matthew F. Kennelly
Magistrate Judge Jeffrey T. Gilbert
PC6

2015 MAY 20 PM 3:23  JKJ

Office of Clerk of the
U.S District Court
United States District Court
219 S. Dearborn Street
Chicago, Illinois, 60604

John Ashford
#20140905242
P.O. Box 089002
Chicago, Illinois, 60608